# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 209

In the Interest of A.M.K.

Theresa Smith, FNP,                                    Petitioner and Appellee

v.

A.M.K.,                                                Respondent and Appellant

## No. 20220316

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable M. Jason McCarthy, Judge.

AFFIRMED.

Per Curiam.

Madison E. Gruber, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Zachary S. Tomczik, Grand Forks, ND, for respondent and appellant; submitted on brief.

**Per Curiam.**

[¶1]   A.M.K. appeals from the district court's orders for in hospital treatment and for treatment with medication. A.M.K. argues the district court erred by finding she is mentally ill and a person requiring treatment. She also argues the court erred by ordering involuntary treatment with prescribed medication.

[¶2]   In mental health commitment cases we apply the more probing clearly erroneous standard of review. *In Re Doe*, 2019 ND 23, ¶ 4, 921 N.W.2d 403. We conclude the district court's findings are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte